UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| PETER LABRECK,<br><br>　　　Plaintiff,<br><br>v.<br><br>AARON'S RENTAL, JOHN DOE STORE MANAGER, and JOHN DOES CORPORATE ENTITY,<br><br>　　　Defendants. | Case No. 14-cv-10247<br>Honorable Laurie J. Michelson<br>Magistrate Judge Elizabeth A. Stafford |

## ORDER ADOPTING REPORT AND RECOMMENDATION [42], GRANTING DEFENDANTS' MOTION TO DUISMISS [39], AND DISMISSING THE CASE WITH PREJUDICE

Before the Court is Magistrate Judge Stafford's Report and Recommendation to Grant Defendants' Motion to Dismiss [39] and Dismiss This Action With Prejudice. (Dkt. 42, R&R.) Magistrate Judge Stafford recommends dismissing the case with prejudice for failure to prosecute. Plaintiff Peter Labreck has not objected, and the time to object has now passed. The Court has reviewed the Report and Recommendation and agrees with the Magistrate Judge's findings and conclusions. The Court therefore **ADOPTS** the Report and Recommendation as the findings and conclusions of this Court. *See Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). It follows that the Court hereby **GRANTS** Defendants' Motion to Dismiss [39] and **DISMISSES THE COMPLAINT WITH PREJUDICE**.

　　　　　　　　　　　　　　　　　s/Laurie J. Michelson
　　　　　　　　　　　　　　　　　LAURIE J. MICHELSON
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

Dated:  April 20, 2015

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing document was served on the attorneys and/or parties of record by electronic means or U.S. Mail on April 20, 2015.

                                        s/Jane Johnson
                                        Case Manager to
                                        Honorable Laurie J. Michelson